COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION TO REINSTATE

| | |
|---|---|
| Appellate case name: | Travis Eugene Kirkpatrick v. The State of Texas |
| Appellate case number: | 01-20-00141-CR |
| Trial court case number: | CR2018-430 |
| Trial court: | 207th District Court of Comal County |

In conducting our review of the record and arguments on appeal in this case, we discovered that we were unable to open and view an exhibit (State's Exhibit 1) presented to and relied on by the trial court in rendering its decision and relied on by the parties in their briefing in this appeal. On September 28, 2021, we abated this appeal to require the trial court to conduct a hearing to determine, in part, whether the State's Exhibit 1 was lost or destroyed and whether the parties could replace any lost or destroyed exhibits by agreement.

On the same day, the State filed a Motion to Reinstate Appeal Upon Receipt and Review of the Agreed Supplemental Record, noting that the parties had agreed to a supplemental record containing the substantially identical duplicate video of State's Exhibit 1 and that the State had filed an Agreed Written Stipulation, Compact Disc, & Request to Submit a Supplemental Record in the trial court. Because the parties have agreed that the forthcoming supplemental record contains a substantially identical duplicate copy, the State indicated that a formal hearing should no longer be necessary and requested that this Court reinstate the appeal upon receipt and review of the supplemental record.

On October 7, 2021, the Clerk of this Court received a copy of the Supplemental Clerk's Record filed by the District Clerk of Comal County, which contains a compact disc with the agreed duplicate video of State's Exhibit 1 as well as a copy of the Agreed Written Stipulation stating that the compact disc "contains a substantially identical duplicate of the video played at trial as State's Exhibit No. 1." The Agreed Written Stipulation is signed by counsel for the State and Appellant.

We have reviewed the Supplemental Clerk's Record containing the agreed duplicate copy of State's Exhibit 1 and conclude that a formal hearing is no longer necessary. Accordingly, we withdraw our September 28, 2021 Abatement Order as moot and grant the State's Motion to Reinstate the Appeal.

The State's Motion to Reinstate the Appeal is granted and the appeal is reinstated on the active docket.

It is so ORDERED.


Judge's signature: /s/ Amparo Guerra
⊠Acting individually     ☐ Acting for the Court


Date: October 21, 2021